UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**,<br><br>v.<br><br>**JUDGE ALSTON**,<br><br>  Defendant. | No. 25-cr-249 (TSC) |

### ORDER

For the reasons explained in the accompanying Memorandum Opinion, ECF No. 27, Defendant's Motion to Suppress Tangible Evidence, ECF No. 18, is **GRANTED**. The tangible evidence recovered from the search of Defendant's vehicle on August 12, 2025, is hereby **SUPPRESSED**.

It is **SO ORDERED**.

Date: March 5, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge