**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **25-CR-249 (TSC)** |
| **JUDGE ALSTON** | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

On August 20, 2025, the Honorable Moxila A. Upadhyaya denied the government's request to detain Judge Alston pretrial and released Mr. Alston on conditions, including GPS monitoring and a curfew. Mr. Alston has been on release and in compliance with the conditions since that date. On March 5, 2026, the Court issued an order granting Mr. Alston's Motion to Suppress Evidence. Without the evidence, the government cannot pursue the charge against Mr. Alston. The government has 30 days to file a notice of appeal. While the government decides whether to file such a notice, Mr. Alston respectfully requests that the Court remove the conditions of GPS monitoring and curfew and release him on his personal recognizance. The government has no objection to this request. A proposed order is attached.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500